IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VINODH RAGHUBIR,

    Petitioner,

v.                                                                 4:19cv598–WS/EMT

SECRETARY DEPARTMENT OF
CORRECTIONS, USCA JUDICIARY, and
US DISTRICT COURT JUDICIARY,

    Respondents.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 24) dated February 28, 2020. The magistrate judge recommends that this case be dismissed without prejudice for failure to comply with an order of the court. In response to the magistrate judge's report and recommendation, the petitioner has filed a "Motion to Vacate Pursuant to Fed. R. Civ. P. 60" (ECF No. 27), which the undersigned has construed as objections to the report and recommendation.

    Having reviewed the record in this case, the undersigned has determined that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 24) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition (ECF No. 1) for writ of habeas corpus and this action are hereby DISMISSED without prejudice for failure to comply with a court

3. Petitioner's most recent Rule 60(b) motion (ECF No. 27), construed as objections to the magistrate judge's report and recommendation, is DENIED.

4. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this __31st__ day of __March__, 2020.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE